IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN J. COOKMAN,
    Petitioner,                               :         CIVIL ACTION
                                        :
   v.                                        :
                                        :
MICHAEL BARONE, et al.,             :
    Respondents.                        :         No. 08-4980

**ORDER**

And NOW, this 26th day of January, 2010, for the reasons set forth above, it is hereby ORDERED that:

1. the Report and Recommendation of Magistrate Judge Lynne A. Sitarski dated June 12, 2009 (Doc. No. 32) is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus (Doc. No. 1) is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

                                             BY THE COURT:

                                             s/Michael M. Baylson

                                             Michael M. Baylson, U.S.D.J.